JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
ORLANDO SALAZAR LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 08-562-EJG |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| HECTOR OJEDA BARRAZA, et. al., ) | Date: June 5, 2008 |
| Defendants. ) | Time: 10:00 p.m. |
| ) | Hon. Edward J. Garcia |

Defendants Hector Ojeda Barraza, Orlando Israel Salazar Lopez, Jose Antonio Ojeda Cabada, Ricardo Andrade, Jose Gonzalez Arias, Manuel Francisco Barraza, Rosario Francisco Barraza, Jesus Alfonso Barraza Barraza, through their counsel, and the United States, through its counsel, hereby stipulate and request that the Court continue the status conference in the above-captioned case from March 27, 2009, to **June 5, 2009, at 10:00 a.m.**

All the listed defendants are charged in this case with conspiracy to distribute and possess with the intent to distribute cocaine, methamphetamine, and heroin in violation of 21 U.S.C. §§ 841(a)(1) and 846, as well as other offenses. The indictment is the result of a wiretap investigation.

To date, defense counsel have received more than 3,000 pages of discovery, surveillance photos and videos, recorded meetings and phone calls with the undercover

informant, and hundreds of recorded wiretap-intercepted phone calls. The vast majority of recorded calls are in Spanish. Further, counsel has received transcripts of many of the recorded phone calls, which contain translations into English.

The Court has previously made a finding that this case is "complex" and has excluded time under the Speedy Trial Act on this ground and for defense preparation through March 27, 2009. This continuance is requested because defendants' counsel need additional time to prepare, including reviewing discovery, obtaining transcripts of taped conversations and other needed records, identifying and interviewing potential witnesses, conducting legal research, and identifying potential motions to be filed. For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from March 27, 2009 through June 5, 2009, for defense preparation and complexity under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: March 24, 2009

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
ORLANDO ISRAEL SALAZAR LOPEZ

Dated: March 24, 2009

/s/ Manuel Miller
MANUEL MILLER
Attorney for Defendant
HECTOR OJEDA BARRAZA

Dated: March 24, 2009

/s/ Steven Bauer
STEVEN BAUER
Attorney for Defendant
JOSE ANTONIO OJEDA CABADA

Dated: March 24, 2009

/s/ John Brennan
JOHN BRENNAN
Attorney for Defendant
RICARDO ANDRADE

Dated: March 24, 2009

/s/ Tom Johnson
TOM JOHNSON
Attorney for Defendant
RENE DIAZ CARRANZA

Dated: March 24, 2009

/s/ Michael Chastaine
MICHAEL CHASTAINE
Attorney for Defendant
JOSE GONZALEZ ARIAS

Dated: March 24, 2009

/s/ Preciliano Martinez
PRECILIANO MARTINEZ
Attorney for Defendant
MANUEL FRANCISCO BARRAZA

Dated: March 24, 2009

/s/ Peter Kmeto
PETER KMETO
Attorney for Defendant
ROSARIO FRANCISCO BARRAZA

Dated: March 24, 2009

/s/ Robert Forkner
ROBERT FORKNER
Attorney for Defendant
JESUS ALFONSO BARRAZA BARRAZA

LAWRENCE G. BROWN
U.S. Attorney

Dated: March 24, 2009

By: /s/ Richard J. Bender
RICHARD J. BENDER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

Dated: March 24, 2009

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
U.S. District Judge