UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

## INTEROFFICE MEMORANDUM

**TO:** Colleen Lydon, Courtroom Clerk
of the Honorable Edward J. Garcia

**FROM:** Julie A. Fowler
United States Probation Officer

**DATE:** November 23, 2010

**SUBJECT:** Hector Ojeda BARRAZA
Docket Number: 2:08CR00562-01
**JUDGMENT AND SENTENCING CONTINUANCE**



FILED
NOV 24 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

The above matter is scheduled for judgment and sentencing on January 7, 2011. Due to the complexity of this case, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | 02/25/2011 @ 10:00 a.m. |
| Reply, or Statement of Non-Opposition | 02/18/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 02/11/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 02/04/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing counsel no later than: | 01/28/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 01/14/2011 |

**Reviewed by:** _Jeffrey C. Oestreicher_
Jeffrey C. Oestreicher
**Supervising United States Probation Officer**

/jaf
cc:   Michael Beckwith, Assistant United States Attorney
     Manuel Miller, Defense Counsel

**IT IS SO ORDERED**

_[signature]_
12/6/10

Rev. 05/2006
CONTINUANCE - TO CT CLERK (GEB).MRG