UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

**FILED**
JAN 2 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

---

### INTEROFFICE MEMORANDUM & Order

**TO:** Colleen Lydon, Courtroom Clerk
of the Honorable Edward J. Garcia

**FROM:** Julie A. Fowler
United States Probation Officer

**DATE:** January 21, 2011

**SUBJECT:** Hector Ojeda BARRAZA
Docket Number: 2:08CR00562-01
JUDGMENT AND SENTENCING CONTINUANCE

**FILED**
JAN 2 4 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

c/EJG

---

The above matter is scheduled for judgment and sentencing on February 25, 2011. Due to the complexity of this case, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | 04/01/2011 @ 10:00 a.m. |
| Reply, or Statement of Non-Opposition | 03/25/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 03/18/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 03/11/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the probation officer and opposing counsel no later than: | 03/04/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 02/18/2011 |

Reviewed by: _Jeffrey C. Oestreicher_
JEFFREY C. OESTREICHER
Supervising United States Probation Officer

/jaf
cc: Richard Bender, Assistant United States Attorney
Manuel Miller, Attorney At Law

IT IS SO ORDERED

1/24/11

Rev. 05/2006
CONTINUANCE ~ TO CT CLERK (GEB).MRG