Manuel H. Miller, SBN 36947
LAW OFFICES OF MANUEL H. MILLER
A Professional Corporation
20750 Ventura Boulevard, Suite 440
Woodland Hills, California 91364
Telephone: (818) 710-9993
Facsimile: (818) 710-1938
E Mail: miller4law@msn.com

Eugene R. Salmonsen, Jr. SBN 81079
Attorney at Law
3415 S. Sepulveda Boulevard, Suite 320
Los Angeles, California 90034
Telephone: (310) 313-1210
Facsimile: (310) 313-1219
Email: salmonsen@msn.com

Attorneys for Defendant
HECTOR OJEDA BARRAZA

FILED
MAR 15 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-08-562-EJG |
| Plaintiff, | STIPULATION FOR CONTINUANCE OF JUDGMENT AND SENTENCING OF DEFENDANT HECTOR OJEDA-BARRAZA; SCHEDULE FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT, ETC.; [PROPOSED] ORDER THEREON |
| vs. | |
| HECTOR OJEDA BARRAZA, et al., | |
| Defendants. | **Current Judgment and Sentencing** Date: April 1, 2011 Time: 10:00 a.m. Courtroom 8 Honorable Edward J. Garcia |
| | [Proposed] **Judgment and Sentencing** Date: May 13, 2011 Time: 10:00 a.m. Courtroom 8 Honorable Edward J. Garcia |

TO: THE UNITED STATES DISTRICT COURT, HON. EDWARD J. GARCIA, AND TO ATTORNEYS FOR ALL PARTIES OF RECORD:

1  IT IS HEREBY STIPULATED by and between the Defendant, HECTOR OJEDA
2  BARRAZA by and through his counsel of record Manuel H. Miller and the UNITED
3  STATES OF AMERICA by and through AUSA Richard J. Bender that the judgment and
4  sentencing hearing regarding Defendant Hector Ojeda Barraza, currently scheduled for
5  April 1, 2011 be continued to the proposed new date of May 13, 2011 at 10:00 a.m. in
6  Courtroom 8 of the United States District Court, Eastern District opf California, before the
7  Hon. Edward J. Garcia.
8  IT IS FURTHER STIPULATED THAT the parties shall adhere to the following
9  modified schedule consistent with the proposed new judgement and sentencing date of
10  May 13, 2011:

| | |
|---|---|
| - Counsel's written informal objections to Pre-Sentence Report delivered to the Probation Officer and opposing counsel | March 14, 2011 |
| - Final Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than : | March 25, 2011 |
| - Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | April 13, 2011 |
| - Responses (if any) filed and served by: | April 27, 2011 |
| - Reply or statement of non-opposition (if any) filed and served by: | May 4, 2011 |

25  Counsel for Defendant represents that his office has contacted the Probation Officer
26  Julie Fowler prior to the execution of this stipulation and was informed that there is no
27  objection to the proposed new date(s).
28  //

2

**SO STIPULATED:**

**For The Defendant Hector Ojeda Barraza:**

Dated: March 9, 2011                     LAW OFFICES OF MANUEL H. MILLER
                                         A Professional Corporation

                                                  // S //
                                         BY:_____
                                              MANUEL H. MILLER, Esq.
                                              Attorney for Defendant
                                              HECTOR OJEDA BARRAZA

**For The United States of America:**

March 10, 2011                           OFFICE OF THE UNITED STATES ATTORNEY

                                                  // S //
                                         BY _____
                                              RICHARD J. BENDER, AUSA

**SO ORDERED:**

March 15, 2011

_____
UNITED STATES DISTRICT COURT JUDGE