1  Manuel H. Miller, SBN 36947
   LAW OFFICES OF MANUEL H. MILLER
2  A Professional Corporation
   20750 Ventura Boulevard, Suite 440
3  Woodland Hills, California 91364
   Telephone: (818) 710-9993
4  Facsimile: (818) 710-1938
   E Mail: miller4law@msn.com
5
   Eugene R. Salmonsen, Jr. SBN 81079
6  Attorney at Law
   3415 S. Sepulveda Boulevard, Suite 320
7  Los Angeles, California 90034
   Telephone: (310) 313-1210
8  Facsimile: (310) 313-1219
   Email: salmonsen@msn.com
9
   Attorneys for Defendant
10 HECTOR OJEDA BARRAZA

**FILED**

MAR 2 1 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

C/ESG

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR OJEDA BARRAZA, et al.,<br><br>Defendants. | Case No. CR-S-08-562-EJG<br><br>REVISED STIPULATION FOR CONTINUANCE OF JUDGMENT AND SENTENCING OF DEFENDANT HECTOR OJEDA-BARRAZA; SCHEDULE FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT, ETC.; [PROPOSED] ORDER THEREON<br><br>**Current Judgment and Sentencing**<br>Date: April 1, 2011<br>Time: 10:00 a.m.<br>Courtroom 8<br>Honorable Edward J. Garcia<br><br>**[Proposed] Judgment and Sentencing**<br>Date: May 13, 2011<br>Time: 10:00 a.m.<br>Courtroom 8<br>Honorable Edward J. Garcia |

TO: THE UNITED STATES DISTRICT COURT, HON. EDWARD J. GARCIA, AND TO ATTORNEYS FOR ALL PARTIES OF RECORD:

1

1    IT IS HEREBY STIPULATED by and between the Defendant, HECTOR OJEDA
2 BARRAZA by and through his counsel of record Manuel H. Miller and the UNITED
3 STATES OF AMERICA by and through AUSA Richard J. Bender that the judgment and
4 sentencing hearing regarding Defendant Hector Ojeda Barraza, currently scheduled for
5 April 1, 2011 be continued to the proposed new date of May 13, 2011 at 10:00 a.m. in
6 Courtroom 8 of the United States District Court, Eastern District opf California, before the
7 Hon. Edward J. Garcia.
8    IT IS FURTHER STIPULATED THAT the parties shall adhere to the following
9 modified schedule consistent with the proposed new judgement and sentencing date of
10 May 13, 2011:

| | |
|---|---|
| - Counsel's written informal objections to Pre-Sentence Report delivered to the Probation Officer and opposing counsel | March 18, 2011 |
| - Final Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than : | April 8, 2011 |
| - Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | April 22, 2011 |
| - Reply or statement of non-opposition (if any) filed and served by: | April 29, 2011 |

24    Counsel for Defendant and the Office of the United States Attorney represent that
25 they have contacted the Probation Officer Julie Fowler prior to the execution of this
26 revised stipulation and were informed that there is no objection to the proposed new
27 date(s).
28 //

**SO STIPULATED:**

**For The Defendant Hector Ojeda Barraza:**

Dated: March 17, 2011          LAW OFFICES OF MANUEL H. MILLER
                               A Professional Corporation

                                        // S //
                               BY:_____
                                   MANUEL H. MILLER, Esq.
                                   Attorney for Defendant
                                   HECTOR OJEDA BARRAZA

**For The United States of America:**

March 17, 2011                 OFFICE OF THE UNITED STATES ATTORNEY

                                        // S //
                               BY _____
                                   RICHARD J. BENDER, AUSA

**SO ORDERED:**

March 18, 2011

UNITED STATES DISTRICT COURT JUDGE

3