```
BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
JILL M. THOMAS
Assistant U.S. Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2731
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>HECTOR OJEDA BARRAZA,<br><br>        Defendant. | CR. No. S-08-0562 EJG<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING DATE AS TO DEFENDANT HECTOR OJEDA BARRAZA** |

    Because of a need to further develop the formal objections to the Presentence Report and the response thereto, and to find a date that works with defense counsel's schedule, that parties have agreed to the following schedule as to sentencing of defendant Hector Ojeda Barraza:

| | |
|---|---|
| Draft PSR | Already distributed |
| Informal Objections to PSR | Already sent |
| Final PSR | Already distributed |
| Formal Objections to PSR | Already filed |
| Response Formal Objections | Due 5/16/11 |

1     Reply for Gvmt's Response    Due 5/31/11

2     Judgment & Sentence    6/10/11 at 10:00 a.m.

3   The Probation Officer has been notified.  Government counsel has
4 obtained the approval of Thomas Stanley, Esq., who is working on
5 the sentencing issues for the defendant and has represented that
6 this schedule has been cleared with defense counsel.  Thus, it is
7 requested that the above schedule be adopted.

9 Dated: May 5, 2011
                                    BENJAMIN B. WAGNER
10                                           U.S. Attorney

12                                 by /s/ Richard J. Bender
                                     RICHARD J. BENDER
13                                   Assistant U.S. Attorney

14 Dated: May 5, 2011                  /s/ Manuel H. Miller (by RJB)
15                                     MANUEL H. MILLER
                                     Attorney for Defendant

18 IT IS SO ORDERED,

19 this 9TH day of May, 2011

21                                  /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                Senior, U.S. District Judge