```
BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
JILL M. THOMAS
Assistant U.S. Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2731
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>HECTOR OJEDA BARRAZA,<br><br>        Defendant. | CR. No. S-08-0562 EJG<br><br>**STIPULATION AND ORDER CONTINUING SENTENCING DATE AS TO DEFENDANT HECTOR OJEDA BARRAZA** |

    Because of a need to further develop the formal objections to the Presentence Report and the response thereto, and to find a date that works with defense counsel's schedule, that parties have agreed to the following schedule as to sentencing of defendant Hector Ojeda Barraza:

    Draft PSR                   Already distributed

    Informal Objections to PSR   Already sent

    Final PSR                   Already distributed

    Formal Objections to PSR     Already filed

    Response Formal Objections   Due 5/16/11

1

```
    Reply for Gvmt's Response      Due 5/31/11
    Judgment & Sentence            6/10/11 at 10:00 a.m.
```

The Probation Officer has been notified. Government counsel has obtained the approval of Thomas Stanley, Esq., who is working on the sentencing issues for the defendant and has represented that this schedule has been cleared with defense counsel. Thus, it is requested that the above schedule be adopted.

Dated: May 5, 2011

                                            BENJAMIN B. WAGNER
                                            U.S. Attorney

                                          by /s/ Richard J. Bender
                                               RICHARD J. BENDER
                                              Assistant U.S. Attorney

Dated: May 5, 2011                     /s/ Manuel H. Miller (by RJB)
                                              MANUEL H. MILLER
                                            Attorney for Defendant


IT IS SO ORDERED,

this <u>9TH</u> day of May, 2011

                                          /s/ Edward J. Garcia
                                             EDWARD J. GARCIA
                                             Senior, U.S. District Judge