UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>HECTOR OJEDA BARRAZA,<br><br>                Defendant. | Case No. 2:08-cr-00562-WBS-1<br><br>**ORDER DENYING REQUEST TO SEAL DOCUMENT** |

      Defendant's request to file his motion for reduction of sentence under seal is DENIED, without prejudice to his filing the motion not under seal.

Dated: January 15, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE